

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

A.D. Cross, Jr.,

Vs. No. 11-18-00326-CR

The State of Texas,

\* From the County Court at Law
of Taylor County,
Trial Court No. 1-997-17.

\* November 19, 2020

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.